IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:17CR197(2)
)
Houda-Ezamane Hamadi )
)

---

ORDER TERMINATING PROBATION

---

The above named commenced a term of Probation on July 10, 2018. For good cause shown, it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 2nd day of December, 2019

Walter H. Rice
United States District Court Judge